UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JERRY HILL, individually and on behalf of all
others similarly situated,

                    Plaintiffs,

    -vs.-

FLOSPORTS, INC.,

                    Defendants.

1:22-cv-00854 (LJV)

**STIPULATION EXTENDING
DEFENDANT'S TIME TO ANSWER,
MOVE OR OTHERWISE RESPOND TO
THE COMPLAINT AND PROPOSED
BRIEFING SCHEDULE**

        **IT IS HEREBY STIPULATED AND AGREED** by and between the parties that Defendant FLOSPORTS, INC's, ("Defendant"), time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended to and including January 3, 2023.

        **IT IS HEREBY FURTHER STIPULATED AND AGREED** between the parties that the following schedule will govern Defendant's Motion to Dismiss Plaintiffs' Complaint, should Defendant file a Motion to Dismiss:

- February 2, 2023 – Plaintiff files its Opposition to Defendant's Motion to Dismiss the Complaint.

- February 23, 2023 – Defendant files its Reply in Support of Motion to Dismiss the Complaint.

*[Signatures on Following Page]*

1

Dated:  November 28, 2022

**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**

By: /s/ Randi Kassan
    Randi Kassan, Esq.
    100 Garden City Plaza
    Garden City, NY 11530
    (212) 594-5300
    rkassan@milberg.com

    *Attorneys for plaintiff*

**BLANK ROME LLP**

By:
    Ana Tagvoryan (*Pro Hac Vice* Forthcoming)
    2029 Century Park East | 6th Floor
    Los Angeles, CA 90067
    (424) 239-3400
    ana.tagvoryan@blankrome.com

    Gregory P. Cronin, Esq.*
    1271 Avenue of the Americas
    New York, NY 10020
    (212) 885-5000
    gregory.cronin@blankrome.com
    *Application for Admission Forthcoming

    *Attorneys for defendant*


SO ORDERED:


_____
Hon. Lawrence J. Vilardo